

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00289-CV

Kenneth Richard **GRIFFITH**,
Appellant

v.

Martha Hightower **REYES**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15087
Honorable Stephen B. Ables, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order dismissing appellant's claims is AFFIRMED. Costs of appeal are taxed against Appellant Kenneth Richard Griffith.

SIGNED August 10, 2022.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice